UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| FAIRVIEW HEIGHTS COMMERCIAL GROUP, LLC, | ) ) ) ) ) ) ) ) ) ) ) | |
|     Plaintiff, | | |
| vs. | | No. _____ |
| SECURA INSURANCE COMPANY | | |
|     Defendant. | | |

## NOTICE OF REMOVAL

COMES NOW Defendant, SECURA Insurance Company, by and through its undersigned attorneys, pursuant to 28 U.S.C. § 1441 and § 1446, and files its Notice of Removal of the above-entitled action to the United States District Court for the Southern District of Illinois, and for grounds hereof, respectfully states:

1.  The above-captioned action, now pending in the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois, is a civil action by plaintiff Fairview Heights Commercial Group, LLC. All process, pleadings, and Orders that were filed in the state court action are attached to this Notice of Removal as Exhibit 1 (Complaint) and Exhibit 2 (Remaining court file).

2.  The present action is a civil action of which this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332, and the action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 and 28 U.S.C. § 1446.

3. Plaintiff Fairview Heights Commercial Group, LLC is a limited liability company and thus for purposes of this Court's diversity jurisdiction, it is a citizen of each state in which its members are citizens.

4. Defendant does not have sufficient information to verify the identifies of all members of Fairview Heights Commercial Group, LLC, but according to publicly available information from the Illinois Secretary of State, Fairview Heights Commercial Group, LLC has three members, Sashu Veeramaachaneni, who is a natural person; Vortex LLC, which is a limited liability company; and Banyan Tree Partners LLC, which is a limited liability company.

5. The best information available to Defendant shows that Sasu Veeramachaneni, one of the members of Fairview Heights Commercial Group, LLC, is a citizen of the State of Illinois.

6. Vortex LLC, being a limited liability company, is a citizen of each state in which its members are citizens, for purposes of this Court's diversity jurisdiction.

7. Defendant does not have sufficient information to verify the identifies of all members of Vortex LLC, but according to publicly available information, Vortex LLC is organized under the laws of the State of Florida, and according to publicly available information from the Florida Secretary of State, Vortex LLC has a single member, Mastan R. Paidela, a natural person.

8.     The best information available to Defendant shows that Mastan R. Paidela, the sole member of Vortex LLC, is a citizen of the State of Florida.

9.     Banyan Tree Partners LLC, being a limited liability company, is a citizen of each state in which its members are citizens, for purposes of this Court's diversity jurisdiction.

10.    Defendant does not have sufficient information to verify the identifies of all members of Banyan Tree Partners LLC, but according to publicly available information from the Florida Secretary of State, Banyan Tree Partners LLC has two members, Amanda Fryer and Bryan J. Fennell.

11.    The best information available to Defendant shows that Amanda Fryer is a citizen of the State of Florida.

12.    The best information available to Defendant shows that Bryan J. Fennell is citizen of the Commonwealth of Virginia.

13.    Thus, Plaintiff Fairview Heights Commercial Gorup, LLC is a citizen of the State of Illinois, the State of Florida, and the Commonwealth of Virigina for purposes of this Court's diversity jurisdiction.

14.    Defendant SECURA Insurance Company is an insurance corporation incorporated under the laws of the State of Wisconsin, with its principal place of business in the State of Wisconsin.

15. Thus, Defendant is a citizen of the State of Wisconsin for purposes of this Court's diversity jurisdiction.

16. Therefore, there is a complete diversity of citizenship between Plaintiff and Defendant.

17. The amount in controversy in this case exceeds $75,000. In its Complaint, the Plaintiff claims that Defendant, an insurance company, failed to fully compensate Plaintiff for a hail and wind loss that allegedly occurred to Plaintiff's property in May 2023. Shortly before filing this lawsuit, a public adjuster representing Plaintiff wrote a letter to Defendant demanding payment of $773,497.03 in compensation for the claimed hail/wind loss described in the Complaint. A copy of that letter is attached hereto as Exhibit 3.

18. This matter is not an action described in 28 U.S.C. § 1445.

19. Venue is proper in the United States District Court for the Southern District of Illinois.

WHEREFORE, Defendant SECURA Insurance Company respectfully requests that this Honorable Court accept jurisdiction of said action and for such other relief the Court deems appropriate.

/s/ Daniel G. Hasenstab
John P. Cunningham, #6193598
Daniel G. Hasenstab, #6280171
BROWN & JAMES, P.C.
Attorneys for Defendant
Richland Plaza I, 525 W. Main St., Ste. 200
Belleville, Illinois  62220-1547
618/235-5590; 618/235-5591 (Fax)
jcunningham@bjpc.com; sgreen@bjpc.com
dhasenstab@bjpc.com; atame@bjpc.com

## AFFIDAVIT OF SERVICE

I, the undersigned, on the 2nd day of July, 2025, electronically filed this document with the United States District Court, Southern District of Illinois which will send electronic notification to each of the following:

Damian S. Sullivent
The Law Offices of Frederick W. Nessler & Associates, PLLC
1600 West Bay Drive
Largo, FL 33770
dsullivent@nesslerlaw.com
polson@nesserlaw.com

Under penalties of perjury as provided by law, I certify that the statements in this affidavit are true.

/s/ Daniel G. Hasenstab

32244992.1